IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**FRANCISCO UGARTE-ACEVEDO**,

Plaintiff,

v.

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,**

Defendant.

CIVIL NO. 23-1348 (BJM)

**FINAL JUDGMENT**

The case is remanded to the Commissioner for further administrative proceedings and a new redetermination decision pursuant to the fourth sentence of 42 U.S.C. Section 405(g).

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of January, 2024.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge